JS-6

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| FEREDOYUN SHORAKA, | Case No.: 8:22-cv-00876-DOC-DFM |
|---|---|
| Plaintiff, | *HON. DAVID O. CARTER*_____ |
| v. | **ORDER OF DISMISSAL OF ENTIRE CASE TO FRCP 41(A)(2) WITHOUT PREJUDICE [25]** |
| HUNT & HENRIQUES, LLP, | |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(2)**

# ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(2), IT IS ORDERED THAT all claims and causes of action be dismissed WITHOUT prejudice as to the entire case, with each party bearing that party's own attorneys' fees and costs. All hearings are here by vacated and taken off calendar.

_David O. Carter_

HON. DAVID O. CARTER
United States Judge

Dated: August 5, 2022